# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1518
_____

United States of America,

*Plaintiff - Appellee,*

v.

Marquette Lamont Lawson,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: September 04, 2020
Filed: September 10, 2020
[Unpublished]

_____

Before COLLOTON, BENTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Marquette Lawson appeals his sentence in a criminal case in which he pleaded guilty to failing to register as a sex offender. At sentencing, the district court[1] granted

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

the government's motion for an upward departure under U.S.S.G. § 4A1.3(a), and imposed a sentence within the resulting advisory sentencing guideline range. Lawson's counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After carefully reviewing the record, we conclude that the district court did not abuse its discretion by imposing a sentence within the advisory range. There is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also United States v. Jones*, 639 F.3d 484, 488 (8th Cir. 2011).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. The judgment of the district court is affirmed, and we grant counsel's motion to withdraw. *See* 8th Cir. R. 47B.

_____